STATE EX REL. Bryin
Scott LANDRY

v.

STATE of Louisiana

No. 2015–KH–1858

Supreme Court of Louisiana.

11/29/2016

PER CURIAM:

Denied. Relator has failed to set forth a valid ground for recusal and therefore shows no error in the lower courts' rulings. See La.C.Cr.P. art. 671. We attach hereto and make a part hereof the District Court's written reasons denying relator's motion.

Attachment

Exhibit C

| | | |
|---|---|---|
| STATE OF LOUISIANA | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 4555-04 | : | PARISH OF CALCASIEU |
| BRYIN S. LANDRY | : | STATE OF LOUISIANA |
| FILED: 5-8-15 | : | DEPUTY CLERK OF COURT |

## ORDER

Petitioner, BRYIN S. LANDRY, has filed a Motion to Recuse the Judge in the above entitled matter. Petitioner's motion makes the same argument as the previously denied applications for post conviction relief.

Petitioner's argument for recusal is that the Court denied prior applications for post conviction relief.

The Court finds that Petitioner's claims are meritless.

Accordingly,

IT IS HEREBY ORDERED that Petitioner's Motion to Recuse the Judge is DENIED for the above stated reasons.

Thus done and signed this 6 day of May 2015, Lake Charles, Louisiana.

CLAYTON DAVIS
DISTRICT JUDGE, DIV. B

PLEASE SERVE:
Calcasieu Parish District Attorney's Office

Calcasieu Parish Public Defender's Office

Warden, Allen Correctional Center
3751 Lauderdale Woodyard Rd
Kinder, LA 70648

PLEASE NOTIFY:
Bryin Landry #502088

A CERTIFIED COPY OF THIS DOCUMENT
HAS BEEN PROVIDED TO:
— t of Parish Sheriff
— Warden, Calcasieu Correctional Center
— Office of Public Defender
— Office of District Attorney
— Defendant
MAY 1 1 2015
Deputy Clerk of Court

A TRUE COPY
Lake Charles, Louisiana

Deputy Clerk of Court
Calcasieu Parish, Louisiana

MAY 1 1 2015